UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROSAILA ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1238** |
| **PARASYS, INC.** | **SECTION: D (4)** |

### ORDER

The Court has been advised by counsel for the plaintiff, Rosaila Adams, in an email sent to the Court on June 21, 2023 and upon which it appears defense counsel were copied, that the parties have amicably resolved this matter.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, June 22, 2023.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**